IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GARY W. LEWIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-1632 |
| ) | |
| VOLLMER OF AMERICA, ) | Judge Conti |
| VOLLMER WERKE, RALF KRAEMER, ) | Magistrate Judge Hay |
| TOM RITTER, GABRIEL SCHEDL, ) | |
| DAN ZOLLER, SIEGFRIED KNUPFER, ) | |
| MARTIN KAISER, J. (HANS) KOELBL, ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

AND NOW, this 7th day of February, 2008, after the plaintiff, Gary W. Lewis, filed an action in the above-captioned case, and after a Motion to Dismiss Plaintiff's Complaint, or in the Alternative, Motion for Summary Judgment (the "Motion") was filed on behalf of defendant Vollmer Werke, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties until February 4, 2008, to file written objections thereto, and no objections having been filed, and upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that the Motion submitted on behalf of defendant Vollmer Werke is GRANTED.

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if any party desires to appeal from this Order they must do so within thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed. R. App. P.

/s/ Joy Flowers Conti  
JOY FLOWERS CONTI  
United States District Judge

cc:  Honorable Amy Reynolds Hay
     United States Magistrate Judge

   All Counsel of Record by electronic filing